IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-00582-AP**

**MARGE E. CAMPBELL**,

    Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security**,

    Defendant.

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Gail C. Harriss, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
(970) 247-1482 (facsimile)
gail.harriss@dawesandharriss.com

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0812
(303) 844-0770 (facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

- A. **Date Complaint Was Filed:** April 1, 2005

- B. **Date Complaint Was Served on U.S. Attorney's Office:** April 11, 2005

- C. **Date Answer and Administrative Record Were Filed:** June 10, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues regarding the accuracy or completeness of the Record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

- A. **Plaintiff's Opening Brief Due:** August 9, 2005

- B. **Defendant's Response Brief Due:** September 8, 2005

      C.      **Plaintiff's Reply Brief (If Any) Due:** September 23, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

      A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.      **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

      A.      **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    Dated: June 30, 2005

                                                  BY THE COURT:

                                                  <u>S/**John L. Kane**</u>
                                                  Senior Judge, United States District Court

APPROVED:

                                      UNITED STATES ATTORNEY

| s/Gail C. Harriss | s/Michele M. Kelley |
|---|---|
| Gail C. Harriss | By: Michele M. Kelley |
| Dawes and Harriss, P.C. | Special Assistant U.S. Attorney |
| 572 East Third Avenue | |
| Durango, CO 81301 | *Mailing Address:* |
| Telephone: (970) 247-4411, ext. 18 | 1961 Stout St., Suite 1001A |
| Facsimile: (970) 247-1482 | Denver, Colorado  80294 |
| gail.harriss@dawesandharriss.com | Telephone: (303) 844-0812 |
| | Facsimile: (303) 844-0770 |
| Attorney for Plaintiff | michele.kelley@ssa.gov |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |